◼ BELFORD SWARTS et al., as Resident Taxpayers, and Parents of School Children Residing in School Districts Nos. 10, 8, 6, in the Town of Greece, et al., Respondents, v. BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF ROCHESTER, et al., Appellants. (Action No. 3.) — Same decision as in *Board of Educ.* v. *Board of Educ. of City of Rochester* (23 A D 2d 805), decided herewith. (Appeal from judgment of Monroe Special Term granting summary and declaratory judgment to plaintiffs.) Present — Bastow, J. P., Goldman, Henry, Noonan and Del Vecchio, JJ. [43 Misc 2d 803.]